**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS<br><br>Plaintiff,<br><br>v.<br><br>MYLAN LABORATORIES, INC., *et al.*<br><br>Defendants. | ) | Civil Action No. 03-CV-11865-PBS |

**NOTICE OF FILING**

Pursuant to this Court's Order for Tutorial Regarding Pharmaceutical Reimbursement Under Medicaid (Docket No. 472), Defendants hereby submit electronically their tutorial materials. Because the tutorial materials submitted include media on a DVD that cannot be filed electronically, Defendants have submitted the DVD to the Court via conventional means. Included in this submission are: (a) the script for the DVD tutorial submission and (b) the curriculum vitae of Dr. Fiona Scott Morton, Defendants' Tutorial Expert.

**On Behalf of All Defendants**,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
John P. Bueker (BBO#636435)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Warrick Pharmaceuticals Corporation*

Dated: April 22, 2008

**CERTIFICATE OF SERVICE**

I, Eric P. Christofferson, hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on April 22, 2008.

/s/ Eric P. Christofferson
Eric P. Christofferson