# EXHIBIT B

# Exhibit A

## Fiona M. Scott Morton

**School of Management**
**Yale University**
**P.O. Box 208200**
**New Haven, CT 06520-8200**

**++1.203.432.5569 voice**
**++1.203.432.6974 fax**
**fiona.scottmorton@yale.edu**

**Employment:**

| | |
|---|---|
| 2006 - present | Senior Associate Dean for Faculty Development, Yale School of Management |
| 2002 - present | Professor of Economics, Yale School of Management |
| 2005 - 2006 | Adam Smith Visiting Fellow in Economics, University of Edinburgh, Scotland |
| 2000 - 2002 | James L. Frank ’32 Associate Professor of Private Enterprise and Management, Yale School of Management |
| 1999 - 2000 | Associate Professor of Economics and Strategy, Yale School of Management |
| 1997 - 1999 | Assistant Professor of Economics and Strategy<br>Graduate School of Business, University of Chicago |
| 1994 - 1997 | Assistant Professor of Strategic Management<br>Graduate School of Business, Stanford University |
| 1991 - 1992 | Instructor for Economics 10, Prof. Martin Feldstein, Harvard University |

**Education:**

| | |
|---|---|
| 1994 | Massachusetts Institute of Technology, PhD. Economics |
| 1989 | Yale University, B.A. Economics, *magna cum laude* |

**Peer-reviewed Articles:**

“Entry and Predation: British Shipping Cartels 1879-1929”
*Journal of Economics & Management Strategy*:6:4:679-724, 1997

“The Strategic Response by Pharmaceutical Firms to the Medicaid Most-Favored-Customer Rules”
*The RAND Journal of Economics*:28:2:269-290, 1997

“The Interaction Between a Most-Favored-Customer Clause and Price Dispersion: An Empirical Examination of the Medicaid Rebate Rules of 1990”
*Journal of Economics & Management Strategy*:6:1:151-174, 1997

“Misclassification of the Dependent Variable in a Discrete-Response Setting”
Joint with Jerry Hausman, MIT, and Jason Abrevaya, University of Chicago
*Journal of Econometrics*:87:2:239-269, 1998

“Social Status, Entry, and Predation: The Case of British Shipping Cartels 1879-1929”
Joint with Joel Podolny, Yale SOM
*The Journal of Industrial Economics*:47:1:41-67, 1999

“Barriers to Entry, Brand Advertising, and Generic Entry in the US Pharmaceutical Industry”
*International Journal of Industrial Organization*:18:7:1085-1104, 2000

“Entry Decisions in the Generic Pharmaceutical Industry”
*The RAND Journal of Economics*:30:3:421-440, 1999

“Love or Money? The Effects of Owner Motivation in the California Wine Industry”

Joint with Joel Podolny, Yale SOM
*The Journal of Industrial Economics*:50:4:431-456, 2002
"Horizontal Integration between Brand and Generic Firms in the Pharmaceutical Industry"
*Journal of Economics & Management Strategy*:11:1:135-168, 2002
"Internet Car Retailing"
Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside
*The Journal of Industrial Economics*:49:4, 2001
"The Strategic Positioning of Store Brands in Retailer-Manufacturer Negotiations"
Joint with Florian Zettelmeyer, UC Berkeley
*Review of Industrial Organization*:24:2:161-194, 2004
"Consumer Information and Discrimination: Does the Internet Affect the Pricing of New Cars to Women and Minorities?"
Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UCLA
*Quantitative Marketing and Economics*:1:1:65-92, 2003
"Behavioral Biases Meet the Market: the Case of Magazine Subscription Prices"
Joint with Sharon Oster, Yale SOM
*Berkeley Electronic Journals in Economic Analysis & Policy Advances*:5:1, 2005
"The Distortionary Effects of Government Procurement: Evidence from Medicaid Prescription Drug Purchasing"
Joint with Mark Duggan, University of Maryland
*Quarterly Journal of Economics*:121:1, 2006
"The Role of the Internet in Lowering Prices: Evidence from Matched Survey and Auto Transaction Data"
Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside
*Journal of Marketing Research*, May 2006
"State Casket Sales Restrictions: a Pointless Undertaking?"
Joint with Judy Chevalier, Yale SOM
Forthcoming in *The Journal of Law and Economics*, February 2008

**Working Papers:**

"Cowboys or Cowards: Why are Internet Car Prices Lower?"
Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside
"A Test of Bargaining Theory in the Auto Retailing Industry"
Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside
"Scarcity Rents in Car Retailing"
Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside

**Research in Progress:**

"Medicare Part D: A summary for economists"
Joint with Mark Duggan, University of Maryland and Patrick Healey, Brookings Institution
"Technology Adoption and Organizational Change in the Retail Auto Industry"
Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside
"The Effect of the Medicare Drug Benefit on Pharmaceutical Prices"
Joint with Mark Duggan, University of Maryland
"The Impact of Loss Aversion in Auto Transactions"
Joint with Sharon Oster, Yale SOM

"The Reasons for Asset Reallocation: Efficiency or Agency?
Joint with Gavin Kretzschmar, Univ of Edinburgh
"Dying for a Discount"
Joint with Judy Chevalier, Yale SOM, and David Harrington, Kenyon College

**Other Publications:**

"Why Economics has been Fruitful for Strategy"
*Financial Times*, Mastering Strategy Series, 4 Oct 1999
"Strategic Complements and Substitutes"
*Financial Times*, Mastering Strategy Series, 8 Nov 1999
"The Problems of Price Controls"
*Regulation*:24:1, Spring 2001
"Consumer Benefit from Use of the Internet"
*NBER Innovation Policy and the Economy*:6, 2005

**Awards:**

| | |
|---|---|
| 2007 | Yale School of Management Alumni Association Teaching Award: the only teaching prize awarded at Yale SOM for the academic year 2006-7. |
| 2007 | Green Award, *Journal of Marketing Research*, for the paper "How the Internet Lowers Prices: Evidence from Matched Survey and Automobile Transaction Data" |
| 2005 - 2008 | National Science Foundation Research Grant 0518858<br>"The Effect of Government Procurement of Pharmaceuticals"<br>Joint with Mark Duggan, University of Maryland |
| 2001 - 2003 | National Science Foundation Research Grant 0111885<br>"The Effect of Internet Car Shopping on Prices and Discrimination"<br>Joint with Florian Zettelmeyer, UC Berkeley |
| 1998 - 2002 | National Science Foundation Research Grant 9810178<br>"Studies of Competition" |
| 1995 | Distinguished Teaching Commendation: One of three "second prizes" given by Stanford MBA students for excellence in teaching during the academic year 1994-1995 |
| 1993 - 1994 | Program on the Pharmaceutical Industry, MIT, grant for full tuition and stipend |

**Teaching:**

*Competitive Strategy*: Elective MBA course covering topics in I.O. such as price and quantity competition, entry, and antitrust, as well as strategy concepts such as industry analysis, competitive advantage, and sustainability
*E-commerce Strategy:* Elective MBA course applying microeconomic principles to understand the sources of profit in information technology-based businesses

**PhD Students Supervised** (PhD institution, year; first placement):

Andrea Coscelli (Stanford GSB, 1998; University College London)
Brian Viard (University of Chicago GSB, 2000; Stanford GSB)
Paris Cleanthous (Yale, 2003; NYU Stern)

Juan Esteban Carranza (Yale, 2004; Wisconsin Madison)
Henry Schneider (Yale, 2006; Cornell Johnson School)

**Memberships and Professional Service:**

American Economics Association
NBER Research Associate, Industrial Organization
First Western Bancorp Inc. (now Sky Bank, Bowling Green, Ohio) Board of Directors (1998-1999)
StreamSage.com Advisory Board (2000-2004)
*Economic Policy* Panel (2002-2004)
*Review of Industrial Organization* Editorial Board (2002-2004)
*The Journal of Industrial Economics* Associate Editor (2003-2006)
*International Journal of Industrial Organization* Co-Editor (2005-present)
*BE Journal of Economics Analysis and Policy*, Editor (2006-present)
*Journal of Economic Perspectives*, Associate Editor (2007-)

**Invited Research Presentations Given at:**

Dartmouth Econ, MIT Econ, Harvard Econ. Harvard Business School, Yale Econ, Yale Law, Columbia Econ, Columbia Business School, NYU Stern, U. Penn Wharton School, Univ. of Maryland Econ, Federal Trade Commission, Univ. of Delaware Econ, Duke Econ, Univ. of Virginia Econ, Carnegie Mellon Heinz School, Northwestern Econ, Northwestern Kellogg GSM, Chicago Econ, Chicago GSB, Purdue Econ, Univ. of Michigan Business School, Washington Univ. St. Louis Olin School, Iowa State Econ, Univ. of Rochester Business School, Cornell Econ, Univ. of Texas at Austin, Univ. of Arizona, Stanford GSB, UC Berkeley Econ, UC Berkeley Haas School, UCLA Econ, Univ. of Toronto Econ (Canada), Univ. of British Columbia (Canada), Queens University (Canada), Univ. of Munich (Germany), Univ. of Linz (Austria), London School of Economics (England), Office of Fair Trading (England), Oxford University (England), Cambridge University (England), Edinburgh University (Scotland), Stirling University (Scotland), European University Institute (Italy), IDEI Toulouse (France)

**Conferences (Presenter or Discussant):**

Boston University healthcare I.O. conference: 1995, 1999, 2004
Stanford Strategy Conference: 1996, 1997 (organizer), 1999, 2000
Harvard Business School Strategy Conference: 1999, 2004
Economic Policy Conference: 2002 spring and fall, 2003 fall, 2004 fall
American Economics Assn. Meetings: 2001, 2002, 2004, 2005, 2007
IO NBER Summer Institute: 1998, 2001 (organizer and presenter), 2003, 2007 (organizer)
IO NBER Winter Meetings: 1995, 1996, 2000, 2004
NBER e-commerce group conferences: 2000, 2001
NBER conference on non-profits: 2002
NBER conference on IO of healthcare: 1998
NBER conference on innovation policy: 2005
IDEI (Toulouse) e-commerce conference: 2001, 2003 (co-author presented), 2005
Univ. of British Columbia IO conference: 2004
WZB Institute Behavioral IO conference, Berlin, Germany: 2005
CEPR Applied IO conference: 2006
UCL Behavioral IO conference, England: 2006

# Fiona M. Scott Morton

NBER conference on intellectual property: 2006

**Referee for:**

*Review of Economic Studies, Quarterly Journal of Economics, The RAND Journal of Economics, The Journal of Industrial Economics, Journal of Economics & Management Strategy, Journal of Health Economics, Review of Industrial Organization, International Journal of Industrial Organization, American Economic Review*, National Science Foundation, *Journal of Law and Economics, Journal of Political Economy, Journal of Law, Economics, and Organization, Marketing Science, Management Science, Strategic Management Journal, Review of Economics and Statistics, Journal of Econometrics, European Economic Review, Berkeley Electronic Journals, The American Journal of Managed Care, Contemporary Economic Policy*

**Government Testimony:**

Senate Finance Committee Hearings, "Prescription Drug Pricing and Negotiation: An Overview and Economic Perspectives for the Medicare Prescription Drug Benefit" January 2007

FTC hearings, "Possible Anticompetitive Efforts to Restrict Competition on the Internet," Auto Panel, October 2002

**Media (major only):**

*New York Times*, April 24, 2003: G:8: col. 3
*Business Week*, May 13, 2002: 3782: p. 32
CNN TV News, January 2002
*New York Times*, December 6, 2001: C:2: col 1
*Wall Street Journal*, January 6, 1999: B1

**Selected Consulting Engagements:**

Prepared and delivered educational materials for the Court in *In Re Pharmaceutical Industry Average Wholesale Price Litigation, US District Court of Massachusetts, MDL No. 1456, 01-CV-012257-PBS* (2004).

Submitted expert report on behalf of Teva USA in IP damages litigation *Abbott Laboratories vs Andrx Pharmaceuticals Inc, and Teva Pharmaceuticals USA, Inc and Roxane Laboratories Inc., US District Court for the Northern District of Illinois Eastern Division, No. 05 C 1490* (2005). Currently retained as consultant for Teva in other antitrust cases (2007).

Submitted expert report and currently retained as expert on behalf of fast-track defendants in *In Re Pharmaceutical Industry Average Wholesale Price Litigation, US District Court of Massachusetts, MDL No. 1456, 01-CV-012257-PBS* (2006).

Retained on behalf of Pfizer, submitted expert report, and deposed in *In Re Neurontin Marketing Sales Practices, and Products Liability Litigation, US District Court of Massachusetts, MDL No MDL 1629* (2007).

Retained on behalf of Schering-Plough, submitted expert report, and deposed in *In Re Schering-Plough Corporation Securities Litigation, US District Court of the District of New Jersey, 01-CV-0829* (2007).

Retained on behalf of MedStar Health and submitted expert report in *In re Hypodermic Products Antitrust Litigation MDL No. 1730, US District Court of the District of New Jersey, 05-CV-1602* (2007).

Retained on behalf of AstraZeneca, deposed, and testified at trial in *State of Alabama vs Abbott Laboratories, Inc., et al, Circuit Court of Montgomery County, Alabama, CV-2005-219* (2008).

I have been retained as an expert in antitrust cases that ended before opinions were submitted, and am currently retained in other ongoing matters. The types of subjects I have worked on, or am now working on, include alleged anticompetitive use of patents and contracts, alleged conspiracy to deter entry, competition between branded and generic pharmaceuticals, and alleged abuse of a dominant position (EU).

**Personal:**

Date of Birth: 20 Feb 1967 Sex: Female Citizenship: USA
Marital status: Married to Stephen R. Latham; three children

Updated: 28-Mar-2008