**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS, PLAINTIFF | ) | C.A. No. 03-11865-PBS |
| vs. | ) | |
| MYLAN INC. *et al.*, DEFENDANTS | ) | |

**COMMONWEALTH'S MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF FIONA SCOTT MORTON**

Plaintiff Commonwealth of Massachusetts (the "Commonwealth") moves this Court, pursuant to the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm. Inc.*, 509 U.S. 579, 113 S.Ct 2786 (1993), to exclude portions of the testimony of Fiona Scott Morton an economist whom Defendants have designated as an expert witness.

As set forth in the Commonwealth's Memorandum in Support of this motion, the Commonwealth is not challenging Dr. Scott Morton's qualifications to testify as an economic expert, but is challenging Dr. Scott Morton's attempts to go beyond economic analysis into other fields and issues.

For the reasons set forth in the memorandum in support of this motion, the Commonwealth requests that the Court grant this motion and limit Dr. Scott Morton's testimony as set forth in the Commonwealth's memorandum.

**Request for Oral Argument**

The Commonwealth believes that oral argument will assist the Court in deciding this

motion and requests that it be heard on this motion at the February 5, 2010 hearing in this case.

Respectfully submitted,

Martha Coakley
Attorney General

By: /s/ Peter A. Mullin
Peter A. Mullin (BBO # 360620)
K. Nathaniel Yeager (BBO # 630992)
Colleen A. McCarthy (BBO # 660581)
John Pina, III (BBO # 652247)
Gregory W Matthews (BBO # 653316)
Robyn Pozza Dollar (BBO# 674480)
Steven T. Sharobem (BBO# 664583)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02114
(617) 963-2622

Dated: January 15, 2010

## L.R. 7.1(A)(2) Certification

I certify that I have conferred with counsel for the defendants in this case in a good faith attempt to resolve or narrow the issues raised by this motion.

/s/Peter A. Mullin
Peter A. Mullin
Assistant Attorney General

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Commonwealth's Motion To Exclude Portions of the Testimony of Fiona Scott Morton to be served on counsel for each other party in this case, by filing it electronically in the Court's CM/ECF system this 15th day of January 2010.

/s/ Peter A. Mullin
Peter A. Mullin
Assistant Attorney General